United States Bankruptcy Court

Middle District of Florida

In re:                                                                          Case No. 26-05325-TPG

Michael Ferderigos                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113A-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: Dntcdfnc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID     Recipient Name and Address**
db     + Michael Ferderigos, 10454 Birch Tree Lane, Windermere, FL 34786-8013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Laurie K Weatherford | ecfdailysummary@c13orl.com |
| Robert B Branson | on behalf of Debtor Michael Ferderigos robert@bransonlaw.com<br>tammy@bransonlaw.com,shelly@bransonlaw.com,robert@bransonlaw.com,amanda@bransonlaw.com,lisa@bransonlaw.com,R64459@notify.bestcase.com,tammy@ecf.courtdrive.com,Deanna@bransonlaw.com,nataly@bransonlaw.com |
| United States Trustee - ORL7/13, 7 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 3

**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No. 6:26−bk−05325−TPG
                                                                                              Chapter 13

Michael Ferderigos

_____Debtor*_____/

NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On July 15, 2026, Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Orlando Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

Pursuant to Fed. R. Bankr. P. 1007(b) and (c), Debtor must file the missing items with proper declaration of Debtor no later than 14 days from the date the petition was filed.

A link to updated forms is available on the Court's website at: https://www.flmb.uscourts.gov/forms/.

If additional creditors not initially provided with the Petition are added on the Schedules, Debtor must include $34.00 amendment fee and provide proof of service of the Notice of Chapter 13 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

The attorney for Debtor did not file an Attorney's Disclosure of Compensation required by 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b). The attorney for Debtor must file an Attorney's Disclosure of Compensation (Form B2030) within 14 days from the date the petition was filed. Failure of attorney for Debtor to cure this deficiency may result in sanctions or the issuance of a show cause order.

Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b) or filed an unsigned Chapter 13 Plan. Debtor must file a Debtor−signed Chapter 13 plan, using the Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed, together with a certificate of service to

all parties with an attached matrix, pursuant to Local Rule 7005–1. A link to the Court's Model Plan is available on the Court's website at
https://www.flmb.uscourts.gov/proguide/documents.asp?ID=287

Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

|  |  |
|---|---|
| Dated: July 17, 2026 | FOR THE COURT<br>Jose A Rodriguez , Clerk of Court<br>George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 |

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.