**UNITED STATES BANKRUPTY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                             Case No. 6:26-bk-05325-TPG
                                                                   Chapter 13

MICHAEL FERDERIGOS,

           Debtor.

_____/

## DISCLOSURE OF ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

1.      For legal services, I have agreed to accept a retainer of $506.00, subject to actual hourly billing, and the filing fee of $313.00. Along with a monitoring fee of $50.00 per month after post confirmation.

2.      Prior to the filing of this statement, my firm has received $3,181.00 for services rendered pre-petition for the Chapter 13 petition filing.

3.      The source of the compensation paid to me was the Debtor.

4.      The source of compensation to be paid to me is (i) the Debtor, or (ii) a third party.

5.      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associated of my law firm.

6.      In return for the above-disclosed fee, I have agreed to render legal services for all preparation, filing, and representation in this chapter 13 bankruptcy case.

7.      By agreement with the Debtor, the above-disclosed fees does not include any services other than the preparation, filing, and representation in this chapter 13 bankruptcy case.

### **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to be for representation of the Debtor in this bankruptcy proceeding.

Respectfully submitted this 22nd day of July, 2026.

/s/ Robert B. Branson
ROBERT B. BRANSON
Florida Bar No. 800988
**Branson Ainsworth PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
E-mail:  bob@bransonlaw.com
Secondary Email: tammy@bransonlaw.com
Attorneys for Debtor