**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Debtor(s) CASE NO.: 6: 26 -bk- 05325 - TPG

MICHAEL FERDERIGOS

# CHAPTER 13 PLAN

## A. NOTICES.

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included", if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | ☐ Included | ■ Not Included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | ☐ Included | ■ Not Included |
| Provisions for student loan(s), set out in Section E. | ☐ Included | ■ Not Included |
| Nonstandard provisions, set out in Section E. | ☐ Included | ■ Not Included |
| THIS AMENDED PLAN PROVIDED FOR PAYMENTS TO CREDITOR/LESSOR [NAME OF SECURED CREDITOR/LESSOR] TO BE INCLUDED IN PLAN PAYMENTS; THE AUTOMATIC STAY IS REINSTATED AS TO THIS CREDITOR. | ☐ Included | ■ Not Included |

**NOTICE TO DEBTOR: IF YOU ELECT TO MAKE DIRECT PAYMENTS TO A SECURED CREDITOR UNDER SECTION C.5(i) OF THIS PLAN, TO SURRENDER THE SECURED CREDITOR'S COLLATERAL UNDER SECTION C.5(j), TO NOT MAKE PAYMENTS TO THE SECURED CREDITOR UNDER SECTION C.5(k), OR IF PAYMENTS TO THE SECURED CREDITOR ARE NOT SPECIFICALLY INCLUDED IN THE PLAN PAYMENTS, THE AUTOMATIC STAY DOES NOT APPLY AND THE CREDITOR MAY TAKE ACTION TO FORECLOSE OR REPOSSESS THE COLLATERAL.**

**SECURED CREDITORS INCLUDE THE HOLDERS OF MORTGAGE LOANS, CAR LOANS, AND OTHER LOANS FOR WHICH THE SECURED CREDITOR HAS A SECURITY INTEREST IN PERSONAL OR REAL PROPERTY COLLATERAL.**

## B. MONTHLY PLAN PAYMENTS.

**Plan payments ("Plan Payments") include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make Plan Payments to the Trustee for the period of** 60 **months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.**

(A) $2,100.00 from Period 1 August 15, 2026 through Period 60 July 15, 2031

1. All references to "Debtor" include and refer to both of the debtors in a case jointly by two individuals.

**C. PROPOSED DISTRIBUTIONS.**

**1. ADMINISTRATIVE ATTORNEY'S FEES.**

| | | | | | |
|---|---|---|---|---|---|
| **Base Fee** | $5,000.00 | **Total Paid Prepetition** | $506.00 | **Balance Due** | $4,494.00 |
| **MMM Fee** | $2,500.00 | **Total Paid Prepetition** | $0.00 | **Balance Due** | $2,500.00 |

**Estimated Monitoring Fee at** $50.00 **per Period for Periods** 07-60 MONTHS

**Attorney's Fees Payable Through Plan at** See below **Monthly (subject to adjustment).**

| | | |
|---|---|---|
| $286.78 | **For periods** | 1-6 |
| $236.78 | For Periods | 7-28 |
| $64.16 | For Periods | 29 |
| | | |

■ NONE **2. DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A)).**

■ NONE **3. PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

**4. TRUSTEE FEES.** From each Plan Payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim, or Debtor or Trustee has filed a proof of claim for the secured creditor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Debtor's Plan Payments are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

| | |
|---|---|
| ■ NONE | **(a) Claims Secured by Debtor's Principal Residence that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Payments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** |
| ■ NONE | **(b) Claims Secured by Other Real Property that Debtor Intends to Retain - Mortgage, HOA and Condominium Association Payments, and Arrears, if any, Paid Through the Plan Under 11 U.S.C. § 1322(b)(5).** |

1. All references to "Debtor" include and refer to both of the debtors in a case jointly by two individuals.

☐ NONE **(c) Claims Secured by Real Property—Debtor Seeks Mortgage Modification Mediation (MMM). No later than 90 days from the petition date or the date the case converts to Chapter 13, Debtor shall file a motion seeking MMM. Information and forms related to MMM are available in the Court's Procedure Manual on the Court's website, www.flmb.uscourts.gov.** Pending the resolution of the MMM, the Plan Payments must include the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowner's association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property. Notwithstanding the foregoing, the adequate protection payment must be no less than the amount sufficient to pay (1) homeowner's association fees, and (2) 1/12 of the annual ad valorem property taxes and annual homeowner's insurance premium. If Debtor obtains a modification of the mortgage, the modified payments must be included in the Plan Payments. Debtor will not receive a discharge of personal liability on these claims.

| | Last Four Digits of Acct. No. | Creditor | Collateral Address | Adequate Protection Payment |
|---|---|---|---|---|
| 1. | 0001 | Seacoast National Bank | 10454 Birch Tree Lane, Windermere, FL 34786 | $1,500.00 |

■ NONE **(d) Claims Secured by Real Property or Personal Property to Which 11 U.S.C. § 506 Valuation APPLIES (Strip Down).**

■ NONE **(e) Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.**

■ NONE **(f) Payments on Claims Secured by Real Property and/or Personal Property to Which 11 U.S.C. § 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).**

☐ NONE **(g) Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan Under 11 U.S.C. § 1322(b)(2) and § 1322(c)(2) (for claims secured by Debtor's principle residence during the Plan).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

| | Last Four Digits of Acct. No. | Creditor | Collateral Description / Address | Claim Amount | Payment Through Plan | Interest Rate |
|---|---|---|---|---|---|---|
| 1. | 54BT | Windermere Downs Comm | 10454 Birch Tree Lane, Windermere, FL 34786 | $3193.20 | $53.22 | 18% |

■ NONE **(h) Claims Secured by Personal Property - Maintaining Regular Payments and Curing Arrearages, if any, Under 11 U.S.C. § 1325(b)(5).**

■ NONE **(i) Secured Claims Paid Directly by Debtor.**

■ NONE **(j) Surrender of Collateral/Property that Secures a Claim.**

■ NONE **(k) Secured Claims that Debtor Does Not Intend to Pay.**

1. All references to "Debtor" include and refer to both of the debtors in a case jointly by two individuals.

6. **LEASES/EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation of the Plan, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under 11 U.S.C. § 501(c), and no objection to the claim is pending. If Plan Payments are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

☒ NONE **(a) Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan Under 11 U.S.C. § 1325(b)(5).**

☒ NONE **(b) Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.**

☒ NONE **(c) Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.**

7. **GENERAL UNSECURED CREDITORS**. General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $______________

**D. GENERAL PLAN PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing their collateral

2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an order of the Court.

3. If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate:

☐ (a) shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

☒ (b) shall vest in Debtor upon confirmation of the Plan.

1. All references to "Debtor" include and refer to both of the debtors in a case jointly by two individuals.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5. Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor must timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor must provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor must provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor must turn over to the Trustee all tax refunds in addition to the Plan Payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor must not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

**E.** **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

## CERTIFICATION

**By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.**

**SIGNATURE:**

Debtor /s/ MICHAEL FERDERIGOS Date 7/22/2026

/s/ Robert B Branson, Esquire

Robert B. Branson, Esq.
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
Branson Ainsworth PLLC
150 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559

1. All references to "Debtor" include and refer to both of the debtors in a case jointly by two individuals.

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ferderigos | | DUE DATE | | | | | | | | | | | | | 000 1 | | | 54BT | | |
| 26-bk-5325 | | 8/15/2026 | | | | 10.0% | | | | | | | | | Seacoast | | | Windermere | | |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | | ATTY | | | MONITOR | | | National Bank | | | Downs Comm | | |
| | 60 | | 60 | | | | | | | | | | | | | | | | | |
| 8/15/2026 | 1 | $0.00 | | | $2,100.00 | $210.00 | | | $286.78 | | | | | | 1,550.00 | | | 53.22 | | |
| 9/15/2026 | 2 | $0.00 | | | $2,100.00 | $210.00 | | | $286.78 | | | | | | 1,550.00 | | | 53.22 | | |
| 10/15/2026 | 3 | $0.00 | | | $2,100.00 | $210.00 | | | $286.78 | | | | | | 1,550.00 | | | 53.22 | | |
| 11/15/2026 | 4 | $0.00 | | | $2,100.00 | $210.00 | | | $286.78 | | | | | | 1,550.00 | | | 53.22 | | |
| 12/15/2026 | 5 | $0.00 | | | $2,100.00 | $210.00 | | | $286.78 | | | | | | 1,550.00 | | | 53.22 | | |
| 1/15/2027 | 6 | $0.00 | | | $2,100.00 | $210.00 | 6 | at | $286.78 | 6 | at | | | | 1,550.00 | | | 53.22 | | |
| 2/15/2027 | 7 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 3/15/2027 | 8 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 4/15/2027 | 9 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 5/15/2027 | 10 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 6/15/2027 | 11 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 7/15/2027 | 12 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 8/15/2027 | 13 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 9/15/2027 | 14 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 10/15/2027 | 15 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 11/15/2027 | 16 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 12/15/2027 | 17 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 1/15/2028 | 18 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 2/15/2028 | 19 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 3/15/2028 | 20 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 4/15/2028 | 21 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 5/15/2028 | 22 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 6/15/2028 | 23 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 7/15/2028 | 24 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 8/15/2028 | 25 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 9/15/2028 | 26 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 10/15/2028 | 27 | $0.00 | | | $2,100.00 | $210.00 | | | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 11/15/2028 | 28 | $0.00 | | | $2,100.00 | $210.00 | 22 | at | $236.78 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 12/15/2028 | 29 | $172.62 | | | $2,100.00 | $210.00 | 1 | at | $64.16 | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 1/15/2029 | 30 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 2/15/2029 | 31 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 3/15/2029 | 32 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 4/15/2029 | 33 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 5/15/2029 | 34 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 6/15/2029 | 35 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 7/15/2029 | 36 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 8/15/2029 | 37 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 9/15/2029 | 38 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 10/15/2029 | 39 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 11/15/2029 | 40 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 12/15/2029 | 41 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 1/15/2030 | 42 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 2/15/2030 | 43 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 3/15/2030 | 44 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 4/15/2030 | 45 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 5/15/2030 | 46 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 6/15/2030 | 47 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 7/15/2030 | 48 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 8/15/2030 | 49 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 9/15/2030 | 50 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 10/15/2030 | 51 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 11/15/2030 | 52 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 12/15/2030 | 53 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 1/15/2031 | 54 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 2/15/2031 | 55 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 3/15/2031 | 56 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 4/15/2031 | 57 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 5/15/2031 | 58 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 6/15/2031 | 59 | $236.78 | | | $2,100.00 | $210.00 | | | | | | 50.00 | | | 1,550.00 | | | 53.22 | | |
| 7/15/2031 | 60 | $236.78 | 60 | at | $2,100.00 | $210.00 | | | | 54 | at | 50.00 | 60 | at | 1,550.00 | 60 | at | 53.22 | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | $7,512.80 | | | $126,000.00 | $12,600.00 | | | $6,994.00 | | | $2,700.00 | ## | | $93,000.00 | | | $3,193.20 | | $0.00 |
| | | | | | | | | | **$6,994.00** | | | **$2,700.00** | | | **$93,000.00** | | | **$3,193.20** | | |
| | | **#DIV/0!** | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | **$2,500.00** | | | | | | **MMM** | | | | | |
| | | | | | | | | | **$4,494.00** | | | | | | **5000.02 x 31%** | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MICHAEL FERDERIGOS

CASE NO: 26-05325

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 7/22/2026, I did cause a copy of the following documents, described below,

CHAPTER 13 PLAN

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2026

/s/ Robert B. Branson

Robert B. Branson 800988
Attorney for Debtor
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL 32803
407-894-6834
shelly@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MICHAEL FERDERIGOS

CASE NO: 26-05325

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/22/2026, a copy of the following documents, described below,

CHAPTER 13 PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert B. Branson
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL 32803

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113A6
CASE 6-26-BK-05325-TPG
MIDDLE DISTRICT OF FLORIDA
ORLANDO
WED JUL 22 17-18-53 EDT 2026

MICHAEL FERDERIGOS
10454 BIRCH TREE LANE
WINDERMERE FL 34786-8013

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO FL 32854-5100

(P)SEACOAST NATIONAL BANK
50 SE KINDRED ST
STE 105
STUART FL 34994-3007

WINDERMERE DOWNS COMMUNITY
ASSOCIATION
CO TRIDENT MANAGEMENT
618 E SOUTH STREET STE 500
ORLANDO FL 32801-2986

CM/ECF E-SERVICE

LAURIE K WEATHERFORD +
POST OFFICE BOX 3450
WINTER PARK FL 32790-3450

CM/ECF E-SERVICE

ROBERT B BRANSON +
BRANSONLAW PLLC
1501 E CONCORD STREET
ORLANDO FL 32803-5411

CM/ECF E-SERVICE

UNITED STATES TRUSTEE ORL713 7+
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET SUITE 1100
ORLANDO FL 32801-2210

CM/ECF E-SERVICE

TIFFANY P GEYER +
ORLANDO
400 WEST WASHINGTON STREET
ROOM 6100
ORLANDO FL 32801-2207