**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                          Case No: 6:26-bk-05325-TPG
                                                                  Chapter: 13
MICHAEL FERDERIGOS,

     Debtor.
_____/

## DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY

MICHAEL FERDERIGOS (the "Debtor") seeks entry of an Order extending the automatic stay under 11 U.S.C. § 362(c)(3)(c):

1. ***Date of Filing***. Debtor filed this bankruptcy case on July 15, 2026.

2. ***Date on Which the Stay Will Terminate***: Absent an Order of the Court, the automatic stay will terminate on August 14, 2026.

3. ***Most Recently Filed Prior Case***. On [insert filing date], Debtor previously filed a Chapter 13 case, Case No. 6:26-bk-01972-TPG.

4. ***Reason for Dismissal of Prior Case***. The most recently filed prior case was dismissed on [insert dismissal date] for the following reasons:

   a.  __ Failure to commence making plan payments;

   b.  __ Failure to make plan payments;

   c.  x Failure to file a Chapter 13 Plan;

   d.  __ Failure to confirm a Chapter 13 Plan;

   e.  x Failure to file other required documents: schedules

   f.  __ Other: [provide explanation]

5. ***History of Previously Filed Bankruptcy Cases***. (check the box that that applies)

2

Doc ID: a663b11a180cf327caea2411a52703e789820e29

X Other than the most recently filed prior case, Debtor had no other pending bankruptcy cases in the preceding one-year period; or

☐ Debtor has/had that following bankruptcy case(s) pending in the one-year period before filing this case, which was/were dismissed for the following reason(s):

| | |
|---|---|
| Case No.: | 6:26-bk-01972-TPG |
| District: | Middle |
| Date Filed: | 3/21/2026 |
| Reason for Dismissal: | Failure to file Chapter 13 Plan and other required documents: Schedules A–J, a properly signed Declaration Concerning Schedules, a Summary of Assets, a Statement of Debtor's Monthly Income, and a Statement of Financial Affairs |

6. ***Comparison of Debtor's Income and Expenses in Current Case and the Most Recently Filed Prior Case:*** [use the most recent Schedules I/J, as amended, from the prior case]:

| | Current Case[1] | Prior Case [Insert Case Number] |
|---|---|---|
| Schedule I Net income (line 12) | $4,380.87 | N/A – not filed |
| Schedule J Monthly Expenses (line 22c) | $2,412.00 | N/A – not filed |
| Schedule J Monthly Net Income (line 23c) | $1,968.87 | N/A – not filed |
| Plan Payment | $2,100.00[1] | N/A – not filed |
| Wage Order | No | No |

7. ***Plan Payments made in Prior Case(s):***

Case No. 6:26-bk-01972-TPG          0

---

[1] If Schedules I and J have not been filed in this case, include estimates based on information available at the time this declaration is filed.

---

[1] The Debtor has sufficient funds in his joint account with his spouse to fund the difference in the plan payments.

3

Doc ID: a663b11a180cf327caea2411a52703e789820e29

8.      ***Motions for Relief from the Automatic Stay in Prior Case(s)***. Prior to the dismissal of any case(s) pending in the one-year period before the filing of this case, there were no motions for relief from the automatic stay that: (a) the Court granted, or (b) were pending, except:

None

9.      ***Change in Personal or Financial Circumstances***. As set forth below, Debtor(s)' personal or financial circumstances have substantially changed since the filing of the most recent prior case such that the reason for dismissal in that case is not likely to recur:

Sold secondary property located at 1610 E. Jefferson Street, Orlando, FL 32803 and has sufficient funds to support the Plan.

The Debtor is seeking a mortgage modification which he feels may provide a better sustainable payment.

WHEREFORE, Debtor respectfully request that the Court enter an order extending the automatic stay as to all creditors until such time as the stay would terminate as a matter of law under 11 U.S.C. §§ 362(c)(1) or (c)(2) or until further order of the Court.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar no. 800988
E-mail: *robert@bransonlaw.com*
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, Florida 32803
(407) 894-6834
Attorney for Debtor

Doc ID: a663b11a180cf327caea2411a52703e789820e29

## <u>DEBTOR(S) VERIFICATION STATEMENT AND SIGNATURE</u>

I, Michael Ferderigos, declare under penalty of perjury that the foregoing is true and

correct.

| | |
|---|---|
| _____ | 07 / 22 / 2026 _____ |
| Signature of Debtor | Dated |

5

Doc ID: a663b11a180cf327caea2411a52703e789820e29

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: | CASE NO: 26-05325 |
|---|---|
| MICHAEL FERDERIGOS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/22/2026, I did cause a copy of the following documents, described below,

DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2026

/s/ Robert B. Branson
Robert B. Branson  800988
Attorney for Debtor
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL 32803
407-894-6834
shelly@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MICHAEL FERDERIGOS

CASE NO: 26-05325

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/22/2026, a copy of the following documents, described below,

DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert B. Branson
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL  32803

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
113A6
CASE 6-26-BK-05325-TPG
MIDDLE DISTRICT OF FLORIDA
ORLANDO
WED JUL 22 17-18-53 EDT 2026

MICHAEL FERDERIGOS
10454 BIRCH TREE LANE
WINDERMERE FL 34786-8013

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO FL 32854-5100

(P)SEACOAST NATIONAL BANK
50 SE KINDRED ST
STE 105
STUART FL 34994-3007

WINDERMERE DOWNS COMMUNITY
ASSOCIATION
CO TRIDENT MANAGEMENT
618 E SOUTH STREET STE 500
ORLANDO FL 32801-2986

CM/ECF E-SERVICE

LAURIE K WEATHERFORD +
POST OFFICE BOX 3450
WINTER PARK FL 32790-3450

CM/ECF E-SERVICE

ROBERT B BRANSON +
BRANSONLAW PLLC
1501 E CONCORD STREET
ORLANDO FL 32803-5411

CM/ECF E-SERVICE

UNITED STATES TRUSTEE   ORL713 7+
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET SUITE 1100
ORLANDO FL 32801-2210

CM/ECF E-SERVICE

TIFFANY P GEYER +
ORLANDO
400 WEST WASHINGTON STREET
ROOM 6100
ORLANDO FL 32801-2207