UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CHAPTER 13

MICHAEL FERDERIGOS,                                       Case No.:  6:26-bk-05325-TPG

     Debtor.

_____/

**NOTICE OF APPEARANCE,
<u>REQUEST FOR NOTICE AND RESERVATION OF RIGHTS</u>**

Please take notice that the undersigned attorney appears for Seacoast National Bank, ("Creditor"), and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE NOTICE this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that affects or seeks to affect in any way any rights or interests of the Creditor or requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court

87775412;1

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated: July 26, 2026.                    Respectfully submitted,

                                        **AKERMAN LLP**

                                        *s/ D. Brett Marks*
                                        **D. Brett Marks, Esq.**
                                        Florida Bar No. 099635
                                        brett.marks@akerman.com
                                        **AKERMAN LLP**
                                        201 East Las Olas Boulevard, Suite 1800
                                        Fort Lauderdale, FL 33301
                                        Tel: (954) 463-2700
                                        Fax: (954) 463-2224

                                        Counsel for Creditor Seacoast National Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by CM/ECF this 26th day of July 2026 to all parties receiving electronic service via CM/ECF in this case and by U.S. Mail, first-class, postage paid on July 27, 2026 to Michael Ferderigos, 10454 Birch Tree Lane, Windermere, FL 34786.

                                        By:     */s/ D. Brett Marks*
                                        D. Brett Marks, Esquire

2