**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                        Case No: 6:26-bk-05325-TPG
                                                                               Chapter 13
MICHAEL FERDERIGOS,
              Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS GIVEN THAT:**

1.      The Honorable Judge Tiffany P. Geyer will conduct a preliminary hearing in this case will be held on **August 12, 2026 at 11:15 am** in Courtroom 6A, on the 6th Floor of the George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following matter:

**DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY**
**(Doc. 13)**

2.      All parties must attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/geyer or call 407-237-8111.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

        DATED ON July 27, 2026.

                                                /s/ Robert B. Branson_____
                                                Robert B. Branson, Esquire

Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**Branson Ainsworth PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 26-05325 |
| MICHAEL FERDERIGOS | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No. 13 |

On 7/27/2026, I did cause a copy of the following documents, described below,

NOTICE OF PRELIMINARY HEARING ON DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY ECF Docket Reference No. 13

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/27/2026

/s/ Robert B. Branson
Robert B. Branson  800988
Attorney for Debtor
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL 32803
407-894-6834
shelly@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

MICHAEL FERDERIGOS

CASE NO: 26-05325

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 13

On 7/27/2026, a copy of the following documents, described below,

NOTICE OF PRELIMINARY HEARING ON DEBTOR VERIFIED MOTION TO EXTEND THE AUTOMATIC STAY ECF Docket Reference No. 13

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/27/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert B. Branson
Branson Ainsworth PLLC
1501 E. Concord Street
Orlando, FL  32803

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
113A6
CASE 6-26-BK-05325-TPG
MIDDLE DISTRICT OF FLORIDA
ORLANDO
MON JUL 27 10-35-52 EDT 2026

MICHAEL FERDERIGOS
10454 BIRCH TREE LANE
WINDERMERE FL 34786-8013

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO FL 32854-5100

(P)SEACOAST NATIONAL BANK
50 SE KINDRED ST
STE 105
STUART FL 34994-3007

WINDERMERE DOWNS COMMUNITY
ASSOCIATION
CO TRIDENT MANAGEMENT
618 E SOUTH STREET STE 500
ORLANDO FL 32801-2986

CM/ECF E-SERVICE

LAURIE K WEATHERFORD +
POST OFFICE BOX 3450
WINTER PARK FL 32790-3450

CM/ECF E-SERVICE

ROBERT B BRANSON +
BRANSONLAW PLLC
1501 E CONCORD STREET
ORLANDO FL 32803-5411

CM/ECF E-SERVICE

UNITED STATES TRUSTEE  ORL713 7+
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET SUITE 1100
ORLANDO FL 32801-2210

CM/ECF E-SERVICE

D BRETT MARKS +
AKERMAN LLP
201 EAST LAS OLAS BLVD
STE 1800
FORT LAUDERDALE FL 33301-4442

CM/ECF E-SERVICE

ESTHER A MCKEAN +
AKERMAN LLP
420 SOUTH ORANGE AVE SUITE 1200
ORLANDO FL 32801-4904

CM/ECF E-SERVICE

TIFFANY P GEYER +
ORLANDO
400 WEST WASHINGTON STREET
ROOM 6100
ORLANDO FL 32801-2207