UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: CHAPTER 13

MICHAEL FERDERIGOS, Case No.: 6:26-bk-05325-TPG

Debtor.
_________________________________________/

**CERTIFICATE OF NECESSITY OF REQUEST FOR EXPEDITED HEARING**

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**EXPEDITED MOTION FOR RELIEF FROM STAY**
**(Doc. No. 24)**

I CERTIFY FURTHER that there is a true necessity for an expedited hearing because the Debtor has failed to obtain insurance on the secured creditor’s collateral and the Debtor's Plan is patently unconfirmable. A hearing time is estimated to be 5 - 10 minutes.

Undersigned counsel has tried to resolve the lack of insurance by raising the issue at the first hearing in this case, at the meeting of creditors, in written communication to Debtor’s counsel and requested in a 2004. No proof has been provided.

Based on undersigned counsel's review of the Court's calendar for this week and the week of October 5, counsel respectfully submits that it is appropriate for this Motion to be scheduled for hearing during the week of September 29.

I CERTIFY FURTHER that the necessity of this expedited hearing has not been caused by a lack of due diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated: September 22, 2026.

AKERMAN LLP

By: s/ Esther McKean
Esther McKean, Esquire
Florida Bar Number: 28124
420 South Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Counsel for Creditor Seacoast National Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. mail, postage prepaid and properly addressed, this 22nd day of September, 2026, to:

Michael Ferderigos
10454 Birch Tree Lane
Windermere, FL 34786

Robert B Branson, Esq.
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Laurie K Weatherford, Esq.
Post Office Box 3450
Winter Park, FL 32790

United States Trustee
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

*/s/ Esther McKean*
Attorney