UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: CHAPTER 13

MICHAEL FERDERIGOS, Case No.: 6:26-bk-05325-TPG

Debtor.
_______________________________________/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Expedited Motion for Relief from Stay* (Doc. No. 31) was furnished on October 2, 2026, to all parties receiving electronic notifications by the CM/ECF system and on November 4, 2026, by U.S. Mail to the following parties:

Michael Ferderigos
10454 Birch Tree Lane
Windermere, FL 34786

Laurie K Weatherford, Esq.
Post Office Box 3450
Winter Park, FL 32790

Robert B Branson, Esq.
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

United States Trustee
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Dated: November 3, 2026.

AKERMAN LLP

By: s/ Esther McKean
Esther McKean, Esquire
Florida Bar Number: 28124
420 South Orange Avenue, Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com
Counsel for Creditor Seacoast National Bank